**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

JULIANNE MCDONALD,       )
          Plaintiff,   )
                     )
vs.                    )     Civil Action No. 22-cv-01235-JWB-TJJ
                     )
MICHAEL J. SEIPEL and     )
M & S TRUCKS, INC.,       )
          Defendants.  )
_____ )

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

COMES NOW the parties hereto, and stipulate as follows:

1.    This cause of action was timely commenced under the laws of the State of Kansas;

2.    Service of Process has been timely and properly perfected upon both Defendants; and

3.    This action is dismissed without prejudice pursuant to F.R.Civ.P. 41(a)(1)(ii).

By:   /s/ Timothy J. King                             By:    /s/ Paul J. Skolaut
     TIMOTHY J. KING #12225                   PAUL J. SKOLAUT #22143
     ATTORNEY AT LAW                         HINKLE LAW FIRM
     300 West Douglas, Suite 230             1617 N. Waterfront Parkway, Suite 400
     Wichita, Kansas 67202                   Wichita, Kansas 67206-6639
     (316) 264-3333                              (316) 267-2000
     king@tjkinglaw.com                       jskolaut@hinklaw.com
     Attorney for Plaintiff                     Attorney for Defendants